JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY QUIROZ, individually, | Case No.: 5:22-cv-00802-JWH-KK |
| Plaintiff, | **ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT** |
| vs. | |
| WALGREEN CO., a business entity and DOES 1 through 100, inclusive, | Complaint filed: March 23, 2022 |
| Defendants. | Trial date: May 1, 2023 |

LAW OFFICES
NORDSTROM, STEELE, NICOLETTE AND BLYTHE
17542 E. 17TH STREET
SUITE 470
TUSTIN CALIFORNIA 92780
(714) 750-1010

On October 27, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed the Stipulation, and good causing appearing, hereby **ORDERS** as follows:

    1.    The Parties' stipulation is **APPROVED**.

    2.    The Central District of California Case No. 5:22-cv-00802-JWH-KK, captioned *Kathy Quiroz vs. Walgreen Co.*, is hereby **REMANDED** to Riverside County Superior Court.

**IT IS SO ORDERED.**

DATED: November 14, 2022

_____
The Honorable John W. Holcomb
U.S. DISTRICT JUDGE